UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

Louis J. Brandow, Sr.,

                                      Plaintiff,

      -v.-                                                                           1:05-CV-0917
                                                                                                       (NPM/VEB)

Commissioner of Social Security,

                                      Defendant.

---

APPEARANCES:                               OF COUNSEL:

FOR PLAINTIFF:

Office of Peter M. Margolius           Peter M. Margolius
7 Howard Street
Catskill, NY 12414

FOR DEFENDANT:

Office of the United States Attorney    William Pease, AUSA
100 South Clinton Street
Syracuse, NY 13261-7198

Neal P. McCurn, Senior District Judge

### *Order*

     Plaintiff, Louis J. Brandow, Sr. brings this action pursuant to the Social Security Act, 42 U.S.C. §§ 405(g), seeking review of a final decision of the defendant, Commissioner of Social Security ("the Commissioner"), denying his application for disability insurance benefits. By Report-Recommendation dated

August 21, 2009, the Honorable Victor E. Bianchini, United States Magistrate Judge, recommends that the Commissioner's decision denying disability benefits be remanded for further proceedings in accordance with his recommendation and pursuant to sentence four of 42 U.S.C. § 405(g).  See Dkt. No. 13.  Neither party having objected thereto, and this court having carefully reviewed same for clear error, this court adopts the Report-Recommendation in its entirety.  See 28 U.S.C. § 636(b)(1).

Accordingly, it is ORDERED the Commissioner's decision denying disability benefits be remanded for further proceedings in accordance with the August 21, 2009 Report-Recommendation of the Honorable Victor E. Bianchini, United States Magistrate Judge and pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

DATED:     September 11, 2009
           Syracuse, New York

_____
Neal P. McCurn
Senior  U.S. District Judge