# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **JUDGMENT IN A CIVIL CASE**

**Louis J. Brandow, Sr.**

    vs.                        **CASE NUMBER: 1:05-CV-917 (NPM/VEB)**

**Commissioner of Social Security**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Victor E. Bianchini is adopted in its entirety. The decision denying disability benefits is hereby remanded for further proceedings in accordance with the Report and Recommendation pursuant to 42 USC section 405(g).

All of the above pursuant to the order of the Honorable Senior Judge Neal P. McCurn, dated the 11th day of September, 2009.

DATED: September 14, 2009

                                                   *[signature]*
                                                   Clerk of Court

                                                   s/

                                                   Joanne Bleskoski
                                                   Deputy Clerk